■ WALTER I. SAKOW, Appellant-Respondent, v FLORENCE DONNER, as Executrix of MAX DONNER, Deceased, et al., Respondents-Appellants, et al., Defendants.—Order, Supreme Court, Bronx County (Louis Fusco, J.), entered on February 5, 1986, deemed as properly taken from the judgment entered thereon on or about March 11, 1986, unanimously affirmed, without costs and without disbursements. The appeal and cross appeal from the order of said court, entered on or about June 24, 1986, unanimously dismissed as nonappealable. No opinion. Concur—Murphy, P. J., Kupferman, Carro, Asch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD KNAPPER, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on May 23, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Rosenberger, JJ.